**No. 10-1175. Kevin Ashford, Petitioner v. City of Riverdale, Georgia, et al.**

563 U.S. 1008, 131 S. Ct. 2909, 179 L. Ed. 2d 1246, 2011 U.S. LEXIS 3836.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 389 Fed. Appx. 980.